REAB *v.* HULL & TOBIN.

*Lumpkin, J.*—An answer to a garnishment issued upon a pending suit, which in effect stated that the garnishees had in their hands a specified number of bales of cotton, to the proceeds of which, when sold, the defendant would be entitled, less a stated amount which had been advanced to him thereon by the garnishees, did not authorize the entering of a money judgment against the latter in the plaintiff's favor. Section 3305 of the code, relating to garnishments issued upon attachments, is, by section 3536, made applicable to garnishments in cases like the present.                                   *Judgment affirmed.*

August 3, 1896.

Motion to set aside judgment. Before Judge Eve. City court of Richmond county. January term, 1896.

Pending his suit against Coxwell, Reab had summons of garnishment issued and served on Hull & Tobin, who answered, "that John D. Coxwell, the defendant in the within stated case, will have coming to him the net proceeds of fourteen bales of cotton when sold, less cash drawn against same, $408.97, and interest on said advances." Reab obtained judgment against Coxwell for $141.25 principal, and afterwards took judgment against the garnishees on their answer, for the same amount. At the same term they moved to set aside the judgment, on the ground, among others, that their answer did not admit that they had anything belonging to Coxwell. The motion was sustained, and Reab excepted.

*Salem Dutcher*, for plaintiff.    *J. R. Lamar*, contra.